USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
BARRY SINGLETON,

                Plaintiff,

-against-

UNITED TEAMSTER PENSION FUND-A,

                Defendant.
---------------------------------------------------------------X

ORDER

18-CV-8044 (RA)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

By an order dated December 2, 2019, the time for the plaintiff to file his response to the defendant's motion for summary judgment, Docket Entry No. 37, was enlarged to January 21, 2020, and the time for the defendant to file its reply was enlarged to January 27, 2020. The docket sheet maintained by the Clerk of Court for this action does not reflect that these documents have been filed. Therefore, on or before February 6, 2020, the parties shall file these documents. The parties are reminded that the failure to comply with a court order may result in sanctions, including the dismissal of an action.

Dated: New York, New York
        January 31, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE